IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS D. WARTHAN,<br><br>    Debtor. | Chapter 7 Bankruptcy<br>Case No. 18-01475 |
| RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS D. WARTHAN; DAVID WARTHAN; VICTORIA WARTHAN; ERIC FROEMKE; and WALTER FROEMKE,<br><br>    Defendants. | Adversary Case No. 18-09038<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION FOR ENTRY OF DEFAULT JUDGMENT (AS TO DEFENDANT DOUG WARTHAN)** |

**NOTICE IS HEREBY GIVEN** that on the _27_ day of March, 2019, Eric W. Lam, Attorney for Trustee Renee Hanrahan, filed a Motion for Entry of Default Judgment (as to Defendant Doug Warthan). A copy of the Objection may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before the _17_ day of April, 2019. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Renee K. Hanrahan, Chapter 7 Trustee. P. O. Box 1088, Cedar Rapids, IA 52406-1088; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

**NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

*/s/ Eric W. Lam*

Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR TRUSTEE

Certificate of Service
The undersigned hereby certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid on the _27_ day of _March_, 20_19_, to the parties displayed on the Service List appended hereto.

*/s/ Kelly Carmichael*

Copy to: Doug Warthan, Brad Kruse, Joe Peiffer, Gina Kramer, Renee Hanrahan, TSD, EJL, EWL
RHTE Warthan/Pldgs/Adv 18-09038 Froemke - Drafts/NOBD re Mtn for Entry of Default re Doug.032719.940a.ewl